# CONSTANTINE CANNON LLP

**Ethan E. Litwin**
Partner
212-350-2737
elitwin@constantinecannon.com

NEW YORK | W

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2024

March 18, 2024

**VIA EMAIL AND ECF**

The Honorable Margaret M. Garnett
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *World Assoc. of Icehockey Players North Am. Div. et al. v. National Hockey League et al.;*
24-CV-01066 (MMG)

Dear Judge Garnett:

We write on behalf of counsel for Plaintiffs regarding the Notice of Initial Pretrial Conference (Dkt. 7) entered in the above-referenced action. The Notice requires the parties to submit a proposed Civil Case Management Plan and Scheduling Order by March 20, 2024 and sets April 17, 2024 as the date for the Initial Pretrial Conference.

On behalf of all parties, Plaintiffs respectfully request an adjournment of the above dates. No previous requests for adjournment have been made. The requested adjournment will allow for continued cooperative negotiations on, among other things, Defendants' responses to the Complaint, the parties' submissions pursuant to Rule II(A)(5) of the Court's Individual Rules, and a proposed agenda for the Rule 16 conference. The parties will work promptly to jointly propose alternative dates.

Respectfully submitted,

s/ Ethan E. Litwin

Ethan E. Litwin
Counsel for Plaintiffs

---

Letter-motion to adjourn the conference and delay pre-conference submissions is GRANTED. The initial pretrial conference that was previously scheduled for April 17, 2024 is ADJOURNED. It is ORDERED that Plaintiffs shall confer with Defendants and, by no later than **April 9, 2024**, shall notify the Court by email (GarnettNYSDChambers@nysd.uscourts.gov) with a joint proposal for multiple alternative dates in May or June 2024 when all counsel are available for the initial pretrial conference.

The Clerk of Court is directed to terminate Dkt. No. 46.

SO ORDERED. Date 3/20/2024

MARGARET M. GARNETT
U.S. DISTRICT JUDGE