UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024

WORLD ASSOCIATION OF ICEHOCKEY
PLAYERS UNIONS NORTH AMERICA
DIVISION et al.,

      Plaintiffs,

   -against-

NATIONAL HOCKEY LEAGUE et al.,

      Defendants.

24-CV-01066 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

 Defendants filed motions to dismiss on June 21, 2024. *See* Dkt. Nos. 132, 135, and 138. On July 12, 2024, Plaintiffs filed the First Amended Complaint. *See* Dkt. No. 145. By **July 26, 2024**, Defendants must either (1) answer the First Amended Complaint; (2) file a letter on ECF stating that they rely on the previously-filed motions to dismiss; or (3) if any Defendant believes that filing a new motion to dismiss or supplementing their previous motion to dismiss based on the amended complaint is warranted, file a letter on ECF not to exceed two pages stating as such and explaining the reasons.

 Should Defendants elect option 2 or 3 above, Plaintiffs shall continue to be prepared to oppose the motions to dismiss by September 20, 2024, as set forth in the Court's Order at Dkt. No. 68.

Dated: July 16, 2024
   New York, New York

       SO ORDERED.

       MARGARET M. GARNETT
       United States District Judge