```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WORLD ASSOCIATION OF ICEHOCKEY
PLAYERS UNIONS NORTH AMERICA
DIVISION et al.,

                Plaintiffs,

-against-

NATIONAL HOCKEY LEAGUE et al.,

                Defendants.

24-CV-01066 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Canadian Hockey League ("CHL") Defendants, with Plaintiffs' consent, seek redactions to a set of documents that were previously provisionally sealed (specifically, Exs. 182-6, 182-7, 182-11, 201-4, and 201-7), and seeks to maintain sealing for a set of documents (specifically, Exs. 182-3, 182-4, 194-1, and 201-3). *See* Dkt. No. 216. The CHL Defendants also seek redactions to the corresponding portions of Plaintiffs' motion papers. *See id.*

    The Court having examined the documents in question, the requests for sealing and redaction identified at Dkt. No. 216 are GRANTED. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal references omitted); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). The requested sealing and redactions are necessary to protect commercially sensitive financial and operational terms, including confidential business information that could harm a litigant's competitive standing if filed publicly. *See, e.g., CT Espresso LLC v. Lavazza Premium Coffees Corp.*, No. 22-cv-00377 (VSB), 2022 WL 443644, at *2 (S.D.N.Y. Feb. 14, 2022); *Lexington Furniture Indus., Inc. v. Lexington Co., AB*, No. 19-cv-06239 (PKC), 2021 WL 1143694, at *2 (S.D.N.Y. Mar. 24, 2021). Additionally, the Court finds that the proposed sealing and redactions are narrowly tailored to serve those interests.

    The provisional sealing previously granted at Dkt. No. 185 is hereby lifted. Plaintiffs are ordered to unseal documents other than those identified by the CHL Defendants for sealing in Dkt. No. 216, and to file redacted versions of the documents identified for redaction in Dkt. No. 216. The Clerk of Court is directed to terminate Dkt. No. 216.

Dated: October 24, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge