UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD ASSOCIATION OF ICEHOCKEY PLAYERS UNIONS NORTH AMERICA DIVISION et al., | |
| Plaintiffs, | 24-CV-01066 (MMG) |
| -against- | **ORDER OF DISMISSAL** |
| NATIONAL HOCKEY LEAGUE, | |
| Defendant. | |

MARGARET M. GARNETT, United States District Judge:

    Plaintiffs in this case have filed a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i).  *See* Dkt. No. 235.  As such, the Clerk of Court is directed to CLOSE the case, and to terminate all pending motions, including the motion at Dkt. No. 138, as moot.  All conferences are cancelled.

Dated: December 9, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge